## Commonwealth ex rel. Parker, Appellant, *v.* Maroney.

Submitted November 8, 1965.

*John Francis Parker,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Ramsey, Appellant, *v.* Russell.

Argued November 12, 1965.

*H. B. Lebovitz,* for appellant; *Edwin J. Martin,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

ERVIN, P. J., and FLOOD, J., absent.

## Commonwealth ex rel. Scott, Appellant, *v.* Russell.

Argued November 20, 1965. *W. E. Duffield,* for appellant; *Thomas P. Ruane, Jr.,* First Assistant District Attorney, and *John R. Hoye,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.